UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**DESMOND BARR,**<br><br>Defendant. | **Crim. Action No. 04cr375** |

## ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated October 26, 2010, from Magistrate Judge Deborah A. Robinson, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 14th day of November, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that the supervised release is revoked; and it is

**FURTHER ORDERED** that the case is hereby scheduled for Re-sentencing on Jan. 6, 2011 at 9:30 a.m. in Courtroom 28A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)

Copies to:

Mary Petras, AFPD.
Angela George, AUSA
Kurt H. Panzer, Jr., US Probation Officer
Magistrate Judge Deborah Robinson
Pretrial Services